AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

Luis Ramirez, Individually and on Behalf of All Other Persons Similarly Situated

V.

Mansions Catering, Inc., Sam Milliken and John Does #1-10, Jointly and Severally

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: CV 4826

TO: (Name and address of Defendant)

Mansions Catering, Inc., 45 Downing Street, New York, New York, 10014
Sam Milliken, 45 Downing Street, New York, New York, 10014

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Dana L. Gottlieb, Esq., Gottlieb & Associates, 150 East 18th Street, Suite PHR, New York, New York, 10003

an answer to the complaint which is served on you with this summons, within ___30___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE    MAY 23 2008

⸪AO 440 (Rev. 8/01) Summons in a Civil Action

Sam Milliken

| | RETURN OF SERVICE CIV 4826 |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 6/9/2008  12:13 PM |
| NAME OF SERVER (PRINT) Curtis Warren | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 45 Downing St. NY NY 10014
Sam Milliken M/whr/Salt Pepper Hr/ 58yrs/ 5'10/ 180lbs

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   6/9/2008
             Date

C Warren
Signature of Server

c/o AM Serv LLC 173 N Main # 375, Sayville NY 11782
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.