UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X

LUIS RAMIREZ, Individually and on Behalf
of All Other Persons Similarly Situated,

                                        Plaintiffs,

                        -against-

MANSIONS CATERING, INC., SAM
MILLIKEN and JOHN DOES #1-10, Jointly
and Severally

                                        Defendants.
-------------------------------------------------------------------------X

```
+-----------------------------------+
| USDS SDNY                         |
| DOCUMENT                          |
| ELECTRONICALLY FILED              |
| DOC #: _____     |
| DATE FILED: 6|30|08               |
+-----------------------------------+
```

08 CIV 4826 (CM)

## STIPULATION AND TOLLING AGREEMENT

It is hereby STIPULATED AND AGREED, by and between Plaintiff Luis Ramirez ("Plaintiff") and Defendant Mansions Catering, Inc. and Sam Milliken ("Defendants"), through their undersigned attorneys who state that they have been authorized to enter into this Stipulation And Tolling Agreement, that Defendants' time to answer, move, or otherwise respond to the Complaint in this matter shall be extended by 30 days, until and including July 23, 2008.

It is FURTHER STIPULATED AND AGREED, by and between Plaintiff and Defendants, through their undersigned attorneys who state that they have been authorized to enter this Stipulation And Tolling Agreement, that the statute of limitations period for alleged violations of the Fair Labor Standard Act ("FLSA") and New York Labor Law ("Labor Law") set forth in the Complaint by individuals purporting to be similarly situated to Plaintiff shall hereby be deemed tolled for a period of 30 days beginning June 23, 2008 and ending July 23, 2008;

PROVIDED, further, that nothing in this Stipulation And Tolling Agreement shall be read to revive any claim under the FLSA or Labor Law that would have been considered untimely as of June 23, 2008.

JUN. 23. 2008  5:48PM    JACKSON LEWIS LLP                          NO. 4360   P. 4

Dated: 6/24, 2008                      By: _____
                                            _____ M. Gottlieb (JG 7905)
                                            Dana L. Gottlieb (DO 6151)

                                            GOTTLIEB & ASSOCIATES
                                            150 East 18th Street, Suite PHR
                                            New York, New York 10003
                                            (212) 228-9795

                                            *Attorneys for Plaintiffs*


Dated: 6/24, 2008                      By: _____
                                            James R. Williams (JW 3006)
                                            Jonathan M. Kozak (JK 9619)

                                            JACKSON LEWIS LLP
                                            One North Broadway, 15th Floor
                                            White Plains, New York 10601
                                            (914) 328-0404

                                            59 Maiden Lane, 39th Floor
                                            New York, New York 10038
                                            (212) 545-4000

                                            *Attorneys for Defendants Mansions Catering, Inc.
                                            and Sam Milliken*


SO ORDERED THIS 26
DAY OF June , 2008.

_____
Hon. Colleen McMahon
United States District Judge


-2-