UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x

LUIS RAMIREZ, Individually and on Behalf of     :
All others similarly situated,     :

       :    Case No. 08 Civ. 4826 (CM) (THK)

              Plaintiffs,     :

       :    **NOTICE OF APPEARANCE**

            :

      - v. -              :

MANSIONS CATERINC, INC., SAM MILLIKEN    :
And John Does #1-10, Jointly and Severally,     :

            :

              Defendants.     :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x

         PLEASE TAKE NOTICE of the appearance of Douglas Weiner, of Epstein

Becker & Green, P.C., as an attorney of record for Defendants.

         I certify that I am admitted to practice in this District and that I continue to be a

member in good standing.

Dated: July 10, 2008

                       Respectfully submitted,

                       **EPSTEIN BECKER & GREEN, P.C.**

                       s/ Douglas Weiner
                         Douglas Weiner
                       250 Park Avenue
                       New York, New York 10177
                       Phone: 212.351.4500
                       Fax:    212.878.8681
                       e-mail: dweiner@ebglaw.com

---------------------------------------------------------------------------------------------------------

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2008, I electronically filed the foregoing with the Clerk of the
Court using the CM/ECF system, which sent notification of such filing to counsel for Plaintiffs.

                         s/ Douglas Weiner
                         Douglas Weiner