Jeffrey M. Gottlieb, Esq. (JG-7905)
Dana L. Gottlieb, Esq. (DG-6151)
GOTTLIEB & ASSOCIATES
150 East 18th Street
Suite PHR
New York, New York 10003
Tel:(212)228-9795
Fax:(212)982-6284

Co-Counsel
THE LAW OFFICE OF WILLIAM COUDERT RAND
William C. Rand, Esq. (WR-7685)
711 Third Avenue
New York, New York 10017
Tel: (212)286-1425
Attorneys for Plaintiffs, Individually and
on Behalf of All Other Persons Similarly Situated

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LUIS RAMIREZ, Individually                          :
and on Behalf of All Other Persons          : 08 Civ. 4826 (CM)
Similarly Situated,                                      :
                                    Plaintiffs,         :
                    -against-                            :
                                                              :
                                                              :
MANSIONS CATERING, INC.,                      :
SAM MILLIKEN, And JOHN DOES # 1-10,    :
Jointly and Severally,                              :
                                    Defendants.     :
------------------------------------------------------------------X

### NOTICE OF APPEARANCE

To the clerk of this court and all parties of record:

    PLEASE enter my appearance as co-counsel in this case for Plaintiff Luis
Ramirez and those similarly situated.  I certify that I am admitted to practice in this
Court.

Dated:  New York, New York
        July 22, 2008

                            LAW OFFICE OF WILLIAM COUDERT RAND

                            /s/ William C. Rand
                            _____
                            William C. Rand, Esq. (WR-7685)
                            Attorney for Plaintiff, Individually,
                            and on Behalf of All Other Persons Similarly Situated
                            711 Third Ave., Suite 1505
                            New York, New York 10017
                            (Phone) (212) 286-1425; (Fax)(212) 599-7909
                            wcrand@wcrand.com

TO:

Douglas Weiner
EPSTEINBECKERGREEN
250 Park Avenue
New York, New York 10177
212/351-4770
212/878-8681 (fax)
dweiner@ebglaw.com