*McMahon, J*

Frances M. Green
Douglas Weiner
Epstein Becker & Green, P.C.
250 Park Avenue
New York, New York 10177
(212) 351-4500
Attorneys for Defendants

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/28/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
LUIS RAMIREZ, Individually on Behalf of All
Other Persons Similarly Situated,

        Plaintiffs,

  -against-

MANSIONS CATERING, INC., SAM
MILLIKEN and JOHN DOES #1-10, Jointly and
Severally,

        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ECF CASE**

08 CIV 4826 (CM)

**STIPULATION TO EXTEND DEADLINE TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT AND AGREEMENT TO TOLL STATUTE OF LIMITATIONS**

    IT IS HEREBY STIPULATED and agreed by the attorneys for Plaintiff Luis Ramirez ("Plaintiff") and Defendants Mansions Catering, Inc. 45 Downing Street, New York, New York, 10014, and Sam Milliken ("Defendants") that Defendants shall be granted an extension of time to and including August 5, 2008, to answer, move, or otherwise respond to Plaintiffs' Complaint in the above action. The parties previously stipulated to a 30 day tolling of the statute of limitations and a 30 day extension of time to answer which the Court kindly so ordered on June 26, 2008. Counsel for the parties respectfully request that this Honorable Court extend the time for Defendants to answer, move, or otherwise respond to Plaintiffs' Complaint in accord with the terms of this stipulation.

The Fair Labor Standards Act statute of limitations for any putative collective action members who opt in to this action shall be tolled from 12:00:01 a.m. on July 23, 2008 through the earlier of midnight on the date defendant files its response to plaintiffs' Complaint or August 5, 2008 whichever is earlier, *provided however*, that nothing in this Stipulation shall be deemed a waiver by Defendants of any argument that they may have, except to the extent that Defendants have agreed to toll the statute of limitations as described in this Stipulation.

Defendants waive any objection based on lack of or defective service of process and will accept service by their designated attorneys.

Dated: July 23, 2008
New York, New York

| | |
|---|---|
| EPSTEIN BECKER & GREEN, P.C. | LAW OFFICE OF WILLIAM COUDERT RAND |
| 250 Park Avenue<br>New York, NY 10177<br>Phone: (212) 351-4500<br>Fax:   (212) 661-0989 | 711 Third Avenue – Suite 1505<br>New York, New York 10017<br>Phone: (212) 286-1425<br>Fax:   (212) 599-7909 |
| By: _____<br>Douglas Weiner, Esq. | By: _____<br>William C. Rand, Esq. |
| Attorneys for Defendants | Attorneys for Plaintiffs |

SO ORDERED: _____
The Honorable Coleen McMahon

This 25 day of July, 2008.