**LAW OFFICE OF WILLIAM COUDERT RAND**
711 Third Ave., Suite 1505
New York, New York 10017
(Phone) 212-286-1425; (Fax) 212-599-7909
email: wcrand@wcrand.com

July 25, 2008

Hon. Colleen McMahon
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 640; Courtroom: 21B
New York, NY 10007
Chambers Phone: (212) 805-6325
Deputy Phone: (212) 805-6329

**MEMO ENDORSED** 7/29/08
Matter adj'd to 7/31 @ 11:30 AM

Re: *Luis Ramirez v. Mansions catering, Inc. et al.*
    Civil Action No. 08-CV-4826 (CM) (S.D.N.Y.)

Dear Honorable Judge McMahon:

My firm, The Law Office of William Coudert Rand, represents Plaintiff Luis Ramirez in the above action. Yesterday, Your Honor rescheduled the preliminary conference from July 25, 2008 to July 29, 2008. I have a criminal hearing in New York County during the morning of July 29, 2008 and therefore request that the preliminary conference be rescheduled to July 30 or July 31. Defendants' counsel has consented to this request.

Thank you for your consideration of this request.

Respectfully,

William C. Rand

cc:

Douglas Weiner
EPSTEINBECKERGREEN
250 Park Avenue
New York, New York 10177
212/351-4770
212/878-8681 (fax)
dweiner@ebglaw.com
Attorney for Defendants

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/08