Jeffrey M. Gottlieb, Esq. (JG-7905)
Dana L. Gottlieb, Esq. (DG-6151)
GOTTLIEB & ASSOCIATES
150 East 18th Street
Suite PHR
New York, New York 10003
Tel:(212)228-9795
Fax:(212)982-6284

Co-Counsel
THE LAW OFFICE OF WILLIAM COUDERT RAND
William C. Rand, Esq. (WR-7685)
711 Third Avenue
New York, New York 10017
Tel: (212)286-1425
Attorneys for Plaintiffs, Individually and
on Behalf of All Other Persons Similarly Situated

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LUIS RAMIREZ, Individually            :
and on Behalf of All Other Persons    : 08 Civ. 4826 (CM)
Similarly Situated,                   :
                      Plaintiffs,          :
     -against-                       :
                                           :
                                           :
MANSIONS CATERING, INC.,              :
SAM MILLIKEN, And JOHN DOES # 1-10,   :
Jointly and Severally,                :
                      Defendants.         :
-----------------------------------------------------------------X

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL
## WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)(1)(i)

Pursuant to FRCP 41(a)(1)(i), Plaintiffs hereby voluntarily dismiss the Summons and Complaint in the above captioned action without prejudice. This Notice of Dismissal is made without attorney fees, costs or any other fees to any party.

Dated: New York, New York
July 29, 2008

                       LAW OFFICE OF WILLIAM COUDERT RAND

                       S/William C. Rand
                       _____
                       William Coudert Rand, Esq. (WR-7685)
                       711 Third Avenue, Suite 1505
                       New York, New York 10017
                       Tel: (212) 286-1425

                       Co-counsel
                       Gottlieb & Associates
                       Jeffrey M. Gottlieb, Esq. (JG-7905)
                       150 East 18th Street, Suite PHR
                       New York, New York 10003
                       Tel: (212) 228-9795

                       Attorneys for Plaintiff, Individually,
                       and on Behalf of All Other Persons Similarly Situated